IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.  Case No. 09-3605SKG

DAVID KEITH BARBEITO

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for ___October 8, 2009___ *(date)* at __11:30__ *(time)* before ___Susan K. Gauvey___, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201, Courtroom ___7-C___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

October 6, 2009
Date

SUSAN K. GAUVEY
UNITED STATES MAGISTRATE JUDGE