# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.     *     **Criminal No: 09-3605-SKG**

DAVID KEITH BARBEITO     *

...oooOooo...
## NOTICE OF APPEAL

The United States of America hereby appeals the release order issued this date in the above-captioned case. The proceedings in this matter are set for October 9, 2009, in the United States District Court for the Southern District of West Virginia where the matter is pending.

    Respectfully submitted,

    Rod J. Rosenstein
    United States Attorney


        /s/
By:_____
    Andrea L. Smith
    Assistant United States Attorney


DATE: 10/8/09